GUILIA CALVANO, Respondent, v. INTERBOROUGH RAPID TRANSIT COMPANY, Appellant.— Judgment and order reversed, new trial ordered, costs to appellant to abide event, on the ground that the verdict is against the weight of evidence on both issues of negligence. Present — Clarke, P. J., Laughlin, Scott, Page and Shearn, JJ.

JENNIE G. BUCKLEY and Others, as Substituted Trustees, etc., Appellants, v. IDA BEAVER, Respondent, Impleaded with ABRAHAM BEAVER and Others.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Page and Shearn, JJ.

MARY G. WATERS, Respondent, v. CONRAD MILLIKEN, Appellant, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Page and Shearn, JJ.

MERVYN WOLFF, Respondent, v. NOEL JOURDA DE VAUX and Another, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Page and Shearn, JJ.

DAVID H. STEIN, Appellant, v. NELSON LYON, Respondent, Impleaded. DAVID H. STEIN, Appellant, v. GEORGE L. LYON, Respondent. FRANCES STEIN, Appellant, v. GEORGE L. LYON, Respondent. FRANCES STEIN, Appellant, v. NELSON LYON, Respondent.— Orders affirmed, with ten dollars costs and disbursements, with leave to plaintiff to amend on payment of costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Page and Shearn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ESTATE OF BRADISH JOHNSON, INC., Appellant, v. LAWSON PURDY and Others, as Commissioners of Taxes and Assessments of the City of New York, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

. LINT, BUTSCHER & ROSS, INC., Appellant, v. SAMUEL KRAFT, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

MARIE HORSTMANN, Respondent, v. LOUIS BARBER and Another, Doing Business under the Copartnership Name of BARBER & COCCOLA, Appellants, Impleaded with Another. WILLIAM HORSTMANN, Respondent, v. LOUIS BARBER and Another, Doing Business under the Copartnership Name of BARBER & COCCOLA, Appellants, Impleaded with Another.— Order reversed, with ten dollars costs and disbursements and motion granted to extent stated in order. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

ELDER DEMPSTER & COMPANY, LTD., and Another, Appellants, v. FREDERICK MULLER and Others, Sued as Copartners, etc., Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.